## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDGARDO NICOLAS MARTINEZ PEREZ | CASE NUMBER 16-05934-BKT |
| | CHAPTER 13 |
| DEBTOR(S) | |

### Motion Informing Amended Schedules

**TO THE HONORABLE COURT:**

**NOW COMES** EDGARDO NICOLAS MARTINEZ PEREZ, Debtor in the above captioned case, through the undersigned counsel very respectfully alleges and requests:

1. Debtor has amended Schedule A/B to update value on real property in light of the sales efforts performed so far and to include unintentionally omitted assets as discussed in the 341 meeting.

2. Schedule I and J are amended to reflect his new income and expenses from employment in Miami, Florida and to discontinue certain payments associated with the Mirador del Parque property in light of the lift of the automatic stay.

3. Debtor further clarifies that prior to the filing of the bankruptcy petition, Debtor solely received Social Security benefits and did not obtain employment until after the filing of the bankruptcy petition, consequently, the means text reflects zero income.

**WHEREFORE,** Debtor requests from this Honorable Court to take notice of the aforementioned information with such relief which is just and proper.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico on this Wednesday, June 07, 2017.

1

**I HEREBY CERTIFY** that the foregoing motion has been electronically filed through CM/ECF electronic filing system which will serve the same to all parties in interest.

/s/Josué N. Torres Crespo
USDC No. 229805

**Rodriguez & Maldonado-Vélez**
Attorneys and Counselors at Law
COSVI Office Complex
Esq. Ave. Américo Miranda
#400 Suite 201, Villa Nevarez
Rio Piedras, Puerto Rico 00928
Tel. No. 787-625-1948
Fax. 787-625-1949

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **EDGARDO NICOLAS MARTINEZ PEREZ** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number | **16-05934** |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

**1.1**

**CALLE SANTA ISABEL #181 REPTO. DEL PILAR**
Street address, if available, or other description

| | | |
|---|---|---|
| **SAN JUAN** | **PR** | |
| City | State | ZIP Code |

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**THE PROPERTY HAS BEEN IN THE OPEN MARKET FOR THE LAST 2 YEARS WHICH HAS RESULTED IN THE LOWERING OF THE PRICE REQUESTED TO THE ONE LISTED IN THE SCHEDULES**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$395,000.00** | **$395,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Debtor 1    **EDGARDO NICOLAS MARTINEZ PEREZ**                          Case number *(if known)*    16-05934

---

**1.2**  **If you own or have more than one, list here:**

**CALLE 2 #A-101 COSTA DORADA - COSTA REAL**

Street address, if available, or other description

**RIO GRANDE**      **PR**    **00000-0000**
City                    State    ZIP Code

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**REGISTRY PROBLEMS AFFECT THE VALUE OF THE VALUE OF THE PROPERTY**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**      **Current value of the portion you own?**
$270,000.00                      $270,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

**1.3**  **If you own or have more than one, list here:**

**COND. MIRADOR DEL PARQUE APT. #702-1**
**CALLE JUAN B. RODRIGUEZ #405**

Street address, if available, or other description

**SAN JUAN**      **PR**
City                    State    ZIP Code

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**      **Current value of the portion you own?**
$360,000.00                      $360,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **EDGARDO NICOLAS MARTINEZ PEREZ**          Case number *(if known)*    16-05934

**If you own or have more than one, list here:**

1.4

**AVE. HOSTOS #453**
Street address, if available, or other description

**SAN JUAN        PR**
City          State      ZIP Code

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other    **BUSINESS**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**          **Current value of the portion you own?**

$325,000.00              $325,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
    pages you have attached for Part 1. Write that number here..........................................................................=>

$1,350,000.00

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1  Make:    **TOYOTA**
Model:   **LAND CRUISER**
Year:    **2000**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$9,500.00              $9,500.00

3.2  Make:    **JAGUAR**
Model:   **VAN DEN PLAS**
Year:    **2007**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$20,000.00              $20,000.00

---

Debtor 1    **EDGARDO NICOLAS MARTINEZ PEREZ**        Case number *(if known)*    16-05934

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1  Make:    **PIPER SENECA**

Model:    **200T BIMOTOR**

Year:    **1979**

Other information:

**OBSOLETE**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

---

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>

$29,500.00

---

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| COSTA REAL'S SOFA BED | $250.00 |
| COSTA REAL'S TWO SOFA END TABLES | $100.00 |
| COSTA REAL'S TV CREDENZA | $300.00 |
| COSTA REAL'S TV SET | $100.00 |
| COSTA REAL'S DINING TABLE | $400.00 |
| COSTA REAL'S DINING CHAIRS | $300.00 |
| COSTA REAL'S CREDENZA | $75.00 |
| COSTA REAL'S STOVE | $300.00 |
| COSTA REAL'S REFRIGERATOR | $200.00 |
| COSTA REAL'S DISHWASHER | $250.00 |
| COSTA REAL'S DISHWARE | $100.00 |

---

Official Form 106A/B                    Schedule A/B: Property                    page  4

Debtor 1   **EDGARDO NICOLAS MARTINEZ PEREZ**                    Case number *(if known)*   **16-05934**

| | |
|---|---|
| COSTA REAL'S COOKING UTENSILS AND ACCESORIES | $300.00 |
| COSTA REAL'S SOFA | $125.00 |
| COSTA REAL'S CHEZ LOUNGE | $150.00 |
| COSTA REAL'S FOUR CHAIRS | $200.00 |
| COSTA REAL'S TWO END TABLES | $50.00 |
| COSTA REAL'S DINING TABLE | $100.00 |
| COSTA REAL'S TWO CEILING FANS | $150.00 |
| COSTA REAL'S BED | $0.00 |
| COSTA REAL'S SOFA BED | $300.00 |
| COSTA REAL'S DRESSER | $200.00 |
| COSTA REAL'S CREDENZA | $250.00 |
| COSTA REAL'S TWO END TABLES | $150.00 |
| COSTA REAL'S MIRROR | $75.00 |
| COSTA REAL'S TV SET | $50.00 |
| COSTA REAL'S CEILING FAN | $75.00 |
| COSTA REAL'S BED | $200.00 |
| COSTA REAL'S TWO END TABLES | $150.00 |
| COSTA REAL'S TABLE | $75.00 |
| COSTA REAL'S DRESSER | $250.00 |
| COSTA REAL'S MIRROR | $75.00 |
| COSTA REAL'S CEILING FAN | $75.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **EDGARDO NICOLAS MARTINEZ PEREZ**                    Case number *(if known)*   __16-05934__

| | |
|---|---|
| COSTA REAL'S BED | $200.00 |
| COSTA REAL'S TWO END TABLES | $150.00 |
| COSTA REAL'S DRESSER | $250.00 |
| COSTA REAL'S MIRROR | $75.00 |
| COSTA REAL'S CEILING FAN | $0.00 |
| COSTA REAL'S CENTRAL AIR CONDITIONER | $750.00 |
| COSTA REAL'S TWO AIR CONDITIONING TWO WALL UNITS | $200.00 |
| COND. MIRADOR DEL PARQUE'S SOFA | $600.00 |
| COND. MIRADOR DEL PARQUE'S SOFA END TABLE | $250.00 |
| COND. MIRADOR DEL PARQUE'S SOFA FRONT TABLE | $225.00 |
| COND. MIRADOR DEL PARQUE'S CREDENZA | $350.00 |
| COND. MIRADOR DEL PARQUE'S ENTRANCE TABLE | $175.00 |
| COND. MIRADOR DEL PARQUE'S AREA CHAIRS | $800.00 |
| COND. MIRADOR DEL PARQUE'S AREA TABLE | $175.00 |
| COND. MIRADOR DEL PARQUE'S AIR CONDITIONER | $3,000.00 |
| COND. MIRADOR DEL PARQUE'S TWO CELILING FANS | $250.00 |
| COND. MIRADOR DEL PARQUE'S DINING TABLE | $450.00 |
| COND. MIRADOR DEL PARQUE'S EIGHT DINING TABLE CHAIR | $800.00 |
| COND. MIRADOR DEL PARQUE'S FLOOR MIRROR | $300.00 |
| COND. MIRADOR DEL PARQUE'S STOVE | $750.00 |
| COND. MIRADOR DEL PARQUE'S REFRIGERATOR | $900.00 |

Debtor 1   **EDGARDO NICOLAS MARTINEZ PEREZ**                    Case number *(if known)*   **16-05934**

| | |
|---|---:|
| COND. MIRADOR DEL PARQUE'S DISHWASHER | $250.00 |
| COND. MIRADOR DEL PARQUE'S  CHIMNEY RANGE HOOD | $300.00 |
| COND. MIRADOR DEL PARQUE'S MICROWAVE | $175.00 |
| COND. MIRADOR DEL PARQUE'S DISHWARE | $200.00 |
| COND. MIRADOR DEL PARQUE'S COOKING UTENSILS AND ACCESORIES | $300.00 |
| COND. MIRADOR DEL PARQUE'S AIR CONDITIONER | $600.00 |
| COND. MIRADOR DEL PARQUE'S  RECLINABLE CHAIR | $650.00 |
| COND. MIRADOR DEL PARQUE'S CREDENZA | $335.00 |
| COND. MIRADOR DEL PARQUE'S CEILING FAN | $125.00 |
| COND. MIRADOR DEL PARQUE'S TV SET | $600.00 |
| COND. MIRADOR DEL PARQUE'S AIR CONDITIONER | $2,000.00 |
| COND. MIRADOR DEL PARQUE'S KING BED SITE | $900.00 |
| COND. MIRADOR DEL PARQUE'S TWO NIGHT TABLES | $300.00 |
| COND. MIRADOR DEL PARQUE'S CEILING FAN | $125.00 |
| COND. MIRADOR DEL PARQUE'S TV SET | $350.00 |
| COND. MIRADOR DEL PARQUE'S AIR CONDITIONER | $400.00 |
| COND. MIRADOR DEL PARQUE'S CEILING FAN | $125.00 |
| COND. MIRADOR DEL PARQUE'S BEDROOM SET | $450.00 |
| COND. MIRADOR DEL PARQUE'S AIR CONDITIONER | $400.00 |
| COND. MIRADOR DEL PARQUE'S CEILING FAN | $125.00 |

Debtor 1    **EDGARDO NICOLAS MARTINEZ PEREZ**                    Case number *(if known)*    **16-05934**

| | |
|---|---|
| COND. MIRADOR DEL PARQUE'S DESK | $350.00 |
| COND. MIRADOR DEL PARQUE'S DESK LAMP | $50.00 |
| COND. MIRADOR DEL PARQUE'S WASHER DRYER COMBO | $600.00 |
| OFFICE BUILDING'S AIR CONDITIONER | $350.00 |
| OFFICE BUILDING'S EXECUTIVE DESK | $1,250.00 |
| OFFICE BUILDING'S SECRETARY DESK | $400.00 |
| OFFICE BUILDING'S FIVE COMPUTERS | $1,000.00 |
| OFFICE BUILDING'S TWO AIR CONDITIONERS | $700.00 |
| REPARTO DEL PILAR'S SOFA | $375.00 |
| REPARTO DEL PILAR'S SOFA FRONT TABLE | $100.00 |
| REPARTO DEL PILAR'S CREDENZA | $150.00 |
| REPARTO DEL PILAR'S ENTRANCE TABLE | $150.00 |
| REPARTO DEL PILAR'S TWO AREA CHAIRS | $90.00 |
| REPARTO DEL PILAR'S AREA TABLE | $50.00 |
| REPARTO DEL PILAR'S AIR CONDITIONER | $750.00 |
| REPARTO DEL PILAR'S CEILING LUMINARY | $350.00 |
| BAR, BAR STOOLS & STORAGE | $600.00 |
| REPARTO DEL PILAR'S DINING TABLE | $500.00 |
| REPARTO DEL PILAR'S DINING TABLE CHAIR | $500.00 |
| REPARTO DEL PILAR'S TWO CABINETS | $500.00 |
| REPARTO DEL PILAR'S DECORATIVE FIGURES FOR CABINETS | $500.00 |

Debtor 1    **EDGARDO NICOLAS MARTINEZ PEREZ**    Case number *(if known)*    **16-05934**

| | |
|---|---|
| REPARTO DEL PILAR'S STOVE | $150.00 |
| REPARTO DEL PILAR'S REFRIGERATOR | $375.00 |
| REPARTO DEL PILAR'S DISHWASHER | $150.00 |
| REPARTO DEL PILAR'S MICROWAVE | $50.00 |
| REPARTO DEL PILAR'S DISHWARE | $75.00 |
| REPARTO DEL PILAR'S COOKING UTENSILS & ACCESORIES | $250.00 |
| COOKING UTENSILS AND ACCESORIES | $250.00 |
| REPARTO DEL PILAR'S AIR CONDITIONER | $800.00 |
| REPARTO DEL PILAR'S AIR CONDITIONER | $800.00 |
| REPARTO DEL PILAR'S SOFA | $250.00 |
| REPARTO DEL PILAR'S CREDENZA | $50.00 |
| REPARTO DEL PILAR'S TV SET | $250.00 |
| REPARTO DEL PILAR'S POOL TABLE | $500.00 |
| REPARTO DEL PILAR'S AIR CONDITIONER | $400.00 |
| REPARTO DEL PILAR'S KING BED SET | $250.00 |
| REPARTO DEL PILAR'S NIGHT TABLE | $50.00 |
| REPARTO DEL PILAR'S CEILING LUMINARY | $175.00 |
| REPARTO DEL PILAR'S TV SET | $250.00 |
| REPARTO DEL PILAR'S JEWELRY CHEST | $50.00 |
| REPARTO DEL PILAR'S AIR CONDITIONER | $200.00 |
| REPARTO DEL PILAR'S BEDROOM SET | $75.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **EDGARDO NICOLAS MARTINEZ PEREZ**                Case number (*if known*)    **16-05934**

| | |
|---|---|
| REPARTO DEL PILAR'S CEILING FAN | $50.00 |
| REPARTO DEL PILAR'S AIR CONDITIONER | $200.00 |
| REPARTO DEL PILAR'S CEILING FAN | $50.00 |
| REPARTO DEL PILAR'S AIR CONDITIONER | $200.00 |
| REPARTO DEL PILAR'S CEILING FAN | $50.00 |
| REPARTO DEL PILAR'S WASHING MACHINE AND DRYER | $300.00 |
| REPARTO DEL PILAR'S CELLAR TABLE & TOOLS | $250.00 |
| REPARTO DEL PILAR'S PATIO FURNITURE | $250.00 |
| REPARTO DEL PILAR'S TWO CEILING FANS | $100.00 |
| REPARTO DEL PILAR'S EMERGENCY GENERATOR | $1,500.00 |
| REPARTO DEL PILAR'S WATER CISTERN | $175.00 |

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe.....

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.....

| | |
|---|---|
| COSTA REAL'S PAINTING | $750.00 |
| COSTA REAL'S TABLE | $75.00 |
| COSTA REAL'S ENTRANCE PAINTING | $300.00 |
| COSTA REAL'S THREE PAINTINGS | $300.00 |
| CEILING FAN | $75.00 |
| COSTA REAL'S PAINTING | $100.00 |

---

Official Form 106A/B                          Schedule A/B: Property                                page 10

Debtor 1  **EDGARDO NICOLAS MARTINEZ PEREZ**                    Case number *(if known)*  **16-05934**

| | |
|---|---|
| COSTA REAL'S PAINTING | $100.00 |
| COSTA REAL'S PAINTING | $200.00 |
| COND. MIRADOR DEL PARQUE'S ENTRANCE PICTURE | $300.00 |
| COND. MIRADOR DEL PARQUE'S  PAINTING | $1,000.00 |
| REPARTO DEL PILAR'S ENTRANCE PICTURE | $75.00 |
| REPARTO DEL PILAR'S TWO PAINTINGS | $100.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| WALTER PTKS 380 FROM 1978 | $599.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ■ No
    ☐ Yes.  Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes.  Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ...........................................................................

    **$46,549.00**

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1   **EDGARDO NICOLAS MARTINEZ PEREZ**                    Case number *(if known)*   16-05934

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................             Institution name:

| | | | |
|---|---|---|---|
| 17.1. | CHECKING ACCOUNT | **SCOTIABANK** | $1,361.00 |
| 17.2. | CHECKING ACCOUNT | **SCOTIABANK** | $14,000.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................             Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
             Name of entity:                               % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
             Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
             Type of account:             Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................             Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............             Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............             Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **EDGARDO NICOLAS MARTINEZ PEREZ**                     Case number *(if known)*   16-05934

☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.

   Company name:                     Beneficiary:                     Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................................**

   | **$15,361.00** |
   |---|

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes.  Go to line 38.

Official Form 106A/B                     Schedule A/B: Property                     page 13

| Debtor 1 | **EDGARDO NICOLAS MARTINEZ PEREZ** | Case number *(if known)* | **16-05934** |

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
■ No
☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes. Describe.....

| OFFICE BUILDING'S  XEROX DRAWINGS PLOTTER | $2,500.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes. Describe.....

41. **Inventory**
■ No
☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
■ No
☐ Yes.  Give specific information about them...................
Name of entity:                                        % of ownership:

43. **Customer lists, mailing lists, or other compilations**
■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No
☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................................................

| $2,500.00 |

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

Debtor 1    **EDGARDO NICOLAS MARTINEZ PEREZ**                Case number *(if known)*    16-05934

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2** ................................................................................................... | $1,350,000.00 |

56. **Part 2: Total vehicles, line 5** | $29,500.00 |

57. **Part 3: Total personal and household items, line 15** | $46,549.00 |

58. **Part 4: Total financial assets, line 36** | $15,361.00 |

59. **Part 5: Total business-related property, line 45** | $2,500.00 |

60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |

61. **Part 7: Total other property not listed, line 54**          + | $0.00 |

62. **Total personal property.** Add lines 56 through 61... | $93,910.00 |   Copy personal property total | $93,910.00 |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | $1,443,910.00 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **EDGARDO NICOLAS MARTINEZ PEREZ** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (If known) | **16-05934** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | �* Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | **ENVIROMENTAL ENGINEER** | |
| | **Employer's name** | **CSA CENTRAL, INC** | |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | **SUITE 300, 6100 BLUE LAGON DRIVE**<br>**Miami, FL 33126-4695** | |
| | **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **11,249.33** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ **11,249.33** | $ **N/A** |

Debtor 1  **EDGARDO NICOLAS MARTINEZ PEREZ**                         Case number *(if known)*  **16-05934**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $  **11,249.33** | $  **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $  **2,821.13** | $  **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $  **0.00** | $  **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $  **0.00** | $  **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $  **0.00** | $  **N/A** |
| 5e. | **Insurance** | 5e. | $  **0.00** | $  **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $  **0.00** | $  **N/A** |
| 5g. | **Union dues** | 5g. | $  **0.00** | $  **N/A** |
| 5h. | **Other deductions. Specify:** DENTAL | 5h.+ | $  **27.65**  + | $  **N/A** |
| | MEDICAL | | $  **493.09** | $  **N/A** |
| | VISION | | $  **13.43** | $  **N/A** |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $  **3,355.30** | $  **N/A** |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $  **7,894.03** | $  **N/A** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  **0.00** | $  **N/A** |
| 8b. | **Interest and dividends** | 8b. | $  **0.00** | $  **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  **0.00** | $  **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $  **0.00** | $  **N/A** |
| 8e. | **Social Security** | 8e. | $  **0.00** | $  **N/A** |
| 8f. | **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: | 8f. | $  **0.00** | $  **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $  **0.00** | $  **N/A** |
| 8h. | **Other monthly income. Specify:** | 8h.+ | $  **0.00**  + | $  **N/A** |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $  **0.00** | $  **N/A** |
| 10. | **Calculate monthly income.**  Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $  **7,894.03**  + | $  **N/A**  =  $  **7,894.03** |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:                                                                                                             11.  +$  **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                                       12.  $  **7,894.03**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☒ Yes. Explain:  DEBTOR HAS DEVELOPED TWO PROJECTS IN WHICH HE WILL BE RECEIVING COMPENSATION THROUGHOUT 2016.THE FIRST PROJECT, DESIGN OF A WATER TREATMENT PLAN IN PALMAS DEL MAR AND THE SECOND PROJECT, DESIGN OF A WATER TREATMENT PLAN IN VEGA ALTA WILL FUND THE PLAN. A PAYOUT OF 100% OF UNSECURED CREDITORS IS PROJECTED.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **EDGARDO NICOLAS MARTINEZ PEREZ** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (If known) | **16-05934** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ 1,795.00

   **If not included in line 4:**

   4a. Real estate taxes   4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 235.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ 0.00

Debtor 1    **EDGARDO NICOLAS MARTINEZ PEREZ**                                    Case number (if known)    **16-05934**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **140.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **35.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **216.10** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **625.47** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **100.00** |
| 10. | **Personal care products and services** | | 10. $ | **125.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | **120.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **0.00** |
| | 15d. | Other insurance. Specify: **HOMEOWNER'S INSURANCE** | 15d. $ | **247.92** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: **CRIM** | | 16. $ | **840.83** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **575.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **463.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **463.41** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **AEE - OTHER PROPERTIES** | | 21. +$ | **220.41** |
| | **AAA - OTHER PROPERTIES** | | +$ | **91.89** |

| | | |
|---|---|---|
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $ **6,394.03** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ **6,394.03** |
| 23. | **Calculate your monthly net income.** | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ **7,894.03** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ **6,394.03** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ **1,500.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.     Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **EDGARDO NICOLAS MARTINEZ PEREZ** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number | **16-05934** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X  /s/ EDGARDO NICOLAS MARTINEZ PEREZ | X |
|---|---|
| **EDGARDO NICOLAS MARTINEZ PEREZ** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| Date  **June  7, 2017** | Date |
|---|---|