# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

EDGARDO NICOLAS MARTINEZ PEREZ

Debtors

Case No. 16-05934

Chapter 13

## REQUEST FOR AUTHORIZATION FOR SALE OF REAL PROPERTY WITH SHORTER TIME TO OBJECT

**TO THE HONORABLE COURT:**

**COMES NOW** Debtor, represented by undersigned counsel, and hereby submit this Motion requesting authorization to sale real property and as grounds for its motion states as follows:

1. On July 27, 2016, Debtor filed a petition for relief under Chapter 13 case of the Bankruptcy Code.

2. Debtor is in the process of selling a real property located at Calle Santa Isabel #1812, Urb. El Pilar, San Juan, PR 00926 (the "Property").

3. Debtor represents that he has executed a contract for the sale of the Property, for the amount of $325,000.00 with José Miguel Silverman.

4. If this Motion is approved, out of the proceeds of this sale the Debtor will pay:

    a. the real estate agent commission fee;

    b. the notary fees for the execution of the deed;

    c. Satisfy the secured claims; and

    d. Satisfy and payoff Debtor's Chapter 13 Plan.

5. Upon information and believe, the buyer is a non-interested party in Debtor's chapter 13 case and does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor.

6.      Debtor believes that the sale of this property is in the best interest of Creditors and the Estate.

**WHEREFORE,** Debtor respectfully requests from this Honorable Court to take notice of the above stated.

**NOTICE:** Within SEVEN (7) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification, upon information and belief, of such filing to the following: CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE and to all CM/ECF participants. We also certify that this same date we have mailed by United States Postal Service the document to all creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED**
In San Juan, Puerto Rico this 6th day of August, 2018.

/s/ **William Rivera Vélez**
William Rivera Vélez
USDC No. 229408
COSVI Office Complex
Esq. Ave. Américo Miranda 400
Edif. Original, Local B
San Juan, PR 00927
Tel. (787) 625-1948 / (787) 469-8913
Fax. 787-625-1949
E-mail: wrvlaw@gmail.com

**JGI** Title Services, Inc.

Calle Fernando Calder #454 Urb. Roosevelt S.J. Puerto Rico 00918-2730
T: (787) 753-0555 F: (787) 250-1853
E: jgititle@prtc.net

## ESTUDIO DE TITULO

CASO: EDGARDO NICOLAS MARTINEZ PEREZ
RE: Sr. Edgardo Martínez

FINCA #2975, inscrita al folio 82 del tomo 91 de Monacillos Este y El Cinco, (Sección V de San Juan).

DESCRIPCION:

URBANA: Solar identificado con el #2 de la manzana C en el plano de inscripción de la Urbanización Reparto Del Pilar, en el barrio Monacillos de Río Piedras, con una cabida superficial de 1,222.13 metros cuadrados con las siguientes colindancias y medidas lineales, por su frente, que es el NORTE, colinda en cincuenta y dos metros y noventa y nueve centésimas de metros con la calle #4 del citado Reparto Del Pilar; por el SUR, que es su fondo, colinda en veintitrés metros con cincuenta y tres centésimas de metros, con el solar #8 de la citada manzana o bloque; por su lado ESTE, colinda en veintisiete metros con dieciocho centésimas de metro, con el solar #1 de la citada manzana; OESTE, por su lado Este, colinda en veinticinco metros, con el solar #4 y en veinte metros con ochenta y cinco centésimas de metros, con el solar #3, ambos de la misma citada manzana.

ENCLAVA: Una casa de una sola planta todo de concreto dedicada a vivienda.

ORIGEN: Se segrega de la finca #859 (antes #14805), inscrita al folio 186 del tomo 21 de Sabana Llana.

PROPIETARIO REGISTRAL: Los esposos EDGARDO NICOLAS MARTINEZ PEREZ y CAMEN SEIJO CRUZ, quien (es) adquiere(n) por compra a los esposos Arthur Neil Montilla Brogan y Bobetta Jean Mccune, t/c/c Bobeta Montilla, por el precio de $230,000.00. Según escritura #51, otorgada en San Juan, el 29 de enero del 1988, ante Carlos M. Franco, inscrita al folio 89 del tomo 91 de Monacillos Este y El Cinco, inscripción 14ª.

CARGAS Y GRAVAMENES:

Por su Procedencia: Servidumbre(s) a favor de la Autoridad de Fuentes Fluviales y Condiciones Restrictivas.

Por sí:

1-HIPOTECA: Por $150,000.00, con intereses al 11.99% anual, desde la fecha de este pagaré hasta su total y completo pago, disponiendo que en caso de mora devengara interés a razón del tipo resultante al añadir 2 puntos porcentual adicionales, en garantía de un pagaré a favor de Westernbank Puerto Rico, o a su orden, que vence a la presentación. Según escritura #312, otorgada en San Juan, el 23 de mayo de 2007, ante Juan Manuel Casanova Rivera, inscrita al folio 104 del tomo 289 de Monacillos Este y El Cinco, (ágora), inscripción 18ª.

2-HIPOTECA: Por $417,000.00, con intereses al 6.50% anual, en garantía de un pagaré a favor de Westernbank Puerto Rico, o a su orden, que vence el 1ro de junio de 2022. Según escritura #313, otorgada en San Juan, el 23 de mayo de 2007, ante Juan Manuel Casanova Rivera, inscrita al folio 104 del tomo 289 de Monacillos Este y El Cinco, (ágora), inscripción 19ª y última.

**BITÁCORA:**

**ASIENTO 555 DIARIO 916, de fecha 27 de enero de 2016: Presentada y Pendiente de Despacho:** Aviso de Demanda de fecha 11 de enero de 2016, dada en el Caso Civil #KCD2016-0063(903), en el Tribunal de Primera Instancia, Sala de San Juan; seguido por Banco Popular de Puerto Rico, (demandante), versus Edgardo Nicolas Martínez Pérez, t/c/c Edgardo Martínez Pérez, Carmen Luisa Seijo Cruz, t/c/c, Carmen Seijo Cruz y la sociedad legal de gananciales, compuesta por ambos, (demandados), donde se solicita el pago de la deuda por $89,588.43, más intereses sobre dicha suma al tipo conveniente del 6.99% anual desde el 29 de junio de 2015 hasta su total y completo pago, más $15,000.00 para costas, gastos y honorarios de abogado, o la venta en Pública Subasta.



Calle Fernando Calder #454 Urb. Roosevelt S.J. Puerto Rico 00918-2730
T: (787) 753-0555 F: (787) 250-1853
E: jgititle@prtc.net

Página #2
Finca #2975 de Monacillos Este y El Cinco.

OBSERVACION: Lo anterior no comprende una calificación de este(os) documento(s) ni presupone que el mismo (los mismos) será(n) inscrito(s).

REVISADOS: Embargos por Contribuciones, Embargos Federales, Sentencias y Bitácora Electrónica.

En esta Sección se ha establecido un sistema computadorizado de operaciones. Esta Corporación no se hace responsable por errores u omisiones en la entrada de datos en el sistema de computadora.

Este estudio ha sido realizado el 19 de abril de 2016, a las 1:12 a.m., en la Sección V de San Juan, del Registro de la Propiedad de Puerto Rico.

**J G I TITLE SERVICE, INC.**
JGITS/jcg
**#82220**
Cotejado por: C
2975_ME5_E16
F-anm



Lic. #11091

## CONTRATO DE OPCION DE COMPRA

### COMPARECEN

De la primera parte y de aquí en adelante denominados como **la parte vendedora**: **Edgardo Nicolás Martínez Pérez**, mayor de edad, de profesión ingeniero, licencia número 618989 y **Carmen Luisa Seijo Cruz**, mayor de edad, de profesión ama de casa, licencia número 1278695.

De la segunda parte y de aquí en adelante denominado como **la parte compradora**: **José Miguel Silverman**, mayor de edad, de profesión contratista, licencia número 2055921.

### EXPONEN

**PRIMERO:** Las partes comparecientes tienen convenido un contrato de Opción de Compraventa sobre el inmueble que se describe a continuación:

**Calle Santa Isabel #1812, Urb. El Pilar, San Juan, Puerto Rico 00926**

**SEGUNDO:** Este contrato de Opción de Compraventa se otorga bajo las siguientes,

### CLAUSULAS Y CONDICIONES

**PRIMERA:** Este contrato está sujeto a que **la parte compradora** pueda entrar a la propiedad para una inspección física de la misma, y que ésta sea de su conformidad.

**SEGUNDA:** El precio de venta de dicha propiedad es la cantidad de: **Trescientos Veinticinco Mil Dólares ($325,000.00)**, libre de cargas hipotecarias y/o de más gravámenes excepto los que por ley se constituyan. Si la tasación solicitada por la entidad bancaria resultara menor que el precio de venta, las partes se comprometen a negociar un nuevo acuerdo. De no llegar a dicho acuerdo, la parte vendedora no se obliga a vender ni la parte compradora se obliga a comprar. La parte compradora acepta permitir que la institución bancaria escogida por ellos divulgue a la parte vendedora, los resultados de la tasación.



**TERCERA:** El precio de venta será pagadero de la siguiente forma: Financiamiento hipotecario.

**CUARTA:** La referida propiedad, asi como los siguientes enseres o propiedad mueble, se entregan en las condiciones que se encuentren (as is) y sin garantía: **Nevera, freezer, extractor, 5 split units, 2 aires de pared, cisterna de 600 gals., planta eléctrica, lavadora, secadora.**

**QUINTA:** Si la parte compradora se propone asumir la hipoteca que grava la propiedad o a financiar la compra, ésta se compromete a ir al banco o entidad financiera a calificar y completar los trámites correspondientes, no más tarde de _5_ días laborables después de la aceptación de este contrato por todas las partes. Además, la parte compradora se compromete a obtener y entregar al Corredor una carta de precalificación de dicha entidad en un plazo de 10 días calendarios desde la radicación de la solicitud. De no cumplirse con esta condición, la parte vendedora podrá resolver este contrato y continuar con la promoción y venta de la misma. Las partes entienden que una precalificación bancaria no significa una aprobación automática del préstamo hipotecario, y que la misma solo pretende establecer probabilidades.

1

**SEXTA**: La parte compradora reconoce que ha sido orientada por el Corredor sobre la conveniencia de efectuar una inspección física de la propiedad por un profesional certificado. De efectuarse la inspección, la misma debe realizarse en un plazo de 5 días después de presentada la evidencia de precalificación, y tendrá 10 días adicionales para presentar el resultado. Sin embargo, si de la inspección surge la necesidad de alguna reparación, las partes se comprometen a negociar el costo de las mismas.

**SEPTIMA:** La parte compradora tomará posesión de la propiedad opcionada al momento de la firma de las escrituras de compraventa. Si la entrega de la propiedad fuese posterior a la firma de dichas escrituras, la parte vendedora acuerda pagar a la parte compradora por los días que los primeros permanezcan en la propiedad luego del cierre. La cantidad a pagar será a razón de la nueva hipoteca, salvo se exponga aquí lo contrario. N/A.

**OCTAVA:** La parte vendedora se compromete a no vender, hipotecar, o arrendar la propiedad opcionada. Riesgo de pérdida a causa de fuego, huracán u otro acontecimiento, será cubierto por la parte vendedora hasta el día del cierre.

**NOVENA:** Si la propiedad objeto de este contrato fue construída con anterioridad al 1978, y la existencia de pintura de plomo fuera una posibilidad, las partes acuerdan conceder a la parte compradora un término de 10 días para realizar una evaluación por un profesional debidamente certificado por EPA. De resultar la existencia de plomo, la parte compradora podrá resolver el presente contrato sin penalidad alguna. Si la parte compradora decidiera no efectuar dicha evaluación, éste releva a la parte vendedora de toda responsabilidad por daños que pudieran ser causados a personas, mascotas y/o propiedad mueble por la existencia de pintura de plomo.

**DECIMA**: La parte vendedora pagará todas las contribuciones sobre la propiedad hasta la fecha de la compraventa, si hubiese alguna. De este momento en adelante será responsabilidad de la parte compradora.

**DECIMA PRIMERA:** Los gastos de cierre de esta transacción serán pagaderos de la siguiente forma:

    a. La parte vendedora pagará los gastos de cancelación de la hipoteca que grava la propiedad, además del original y los sellos de la escritura de compraventa y los honorarios del notario autorizante, así como la comisión del Corredor.

    b. La parte compradora pagará los gastos de la copia certificada de la escritura de compraventa, además de los sellos correspondientes, los gastos relacionados a la constitución de la nueva hipoteca, así como los gastos de inscripción a su nombre en el Registro de la Propiedad.

**DECIMO SEGUNDA:** La parte vendedora le confiere a la parte compradora esta opción de compraventa por el término de sesenta (60) días, por la suma de **Nueve Mil Setecientos Cincuenta Dólares ($9,750.00)**. Dicha cantidad será depositada en una cuenta plica (escrow), que para este propósito mantiene G & M Realty Group en el Banco Popular de Puero Rico. Esta cantidad será aplicada al precio de compraventa al momento del otorgamiento de las escrituras.

**DECIMO TERCERA:** Si el financiamiento no fuese aprobado por el banco o la entidad financiera escogida por la parte compradora dentro del término estipulado, no mediando mala fe de su parte, la parte vendedora vendrá obligada a dejar sin efecto este contrato y devolverle a la parte compradora la suma de dinero dada como opción de compra, reteniendo G & M Realty Group la cantidad de $50.00 (cincuenta dólares) para cubrir gastos administrativos. Para esto, la parte compradora deberá proveer una carta del banco a tales efectos, que explique las razones para la denegación y que ésta constituya justa causa para no poder completar la transacción.

2

**DECIMO CUARTA:** Si la parte compradora rehusara cooperar en la obtención del financiamiento, no cumpliera con algunas de las cláusulas de este contrato, o desistiera de la compra, perderá el depósito dado como Opción de Compra. En tal caso, dicho depósito será dividido en partes iguales entre la parte vendedora y G & M Realty Group, como indemnización por el incumplimiento del Contrato.

**DECIMO QUINTA:** Las partes reconocen que pueden ocurrir demoras inevitables en la tramitación del préstamo y se comprometen a hacer todo lo posible para concluir la transacción.

**DECIMO SEXTA:** Una comisión, según acordada en el Contrato de Corretaje, será pagada al Corredor Tania Fernández por la parte vendedora al momento de la firma de la escritura de compraventa.

**DECIMO SEPTIMA:** Este contrato está sujeto a la aprobación de la parte vendedora no mas tarde de 24 horas. Una vez aprobado, el mismo será obligatorio para ambas partes y ningún contrato verbal modificará lo aquí escrito.

**DECIMO OCTAVA:** De no ser aprobado por la parte vendedora, G & M Realty Group devolverá el depósito de Opción de Compra en su totalidad a la parte compradora.

**DECIMO NOVENA:** Las partes acuerdan y entienden que G & M Realty Group, Tania Fernández, sus agentes, empleados, representantes y sus respectivos herederos y causahabientes (en adelante denominado como "G & M Realty Group") no serán responsables por el incumplimiento que puedan incurrir alguna de las partes. En adición, las partes aceptan que G & M Realty Group solo se limita a actuar como agente en esta transacción y no será responsable por defectos de construcción, vicios ocultos y de mal funcionamiento de la propiedad mueble descrita en este contrato.

---------------------------------------------ACEPTACION---------------------------------------------

**Las parte firmantes declaramos haber leído y entendido este contrato en todo su contenido, y aceptamos firmarlo de conformidad.**

25/5/2018
Fecha

_____
Comprador

31/5/2018
Fecha

_____
Vendedor

_____
Vendedor

3

Payoff Statement                                                              07-25-18

BANCO POPULAR - MORTGAGE SERVICING
PO BOX 362708
SAN JUAN PR 00936-2708

We certify that the following figures are correct except if advances
on escrow disbursements or payment reverses are made after the date of
this payoff statement. The escrow balance will be reimbursed after the
payment in full, please pay with an official check or money order
before 12:00 m of the date specified below.

Edgardonicolasmartinez@
Edgardo N Martinez-Perez
Carmen L Seijo-Cruz
PO Box 360768
San Juan PR 00936

```
                                    Loan No:    0500076732
                                    Bal Purpose: Payoff
                                    Orig Loan Amount:      150,000.00
                                    Escrow Balance:               .00
                                    Loan Type/Inv No:       PVH/110
                                    FHA/VA/MI:
                                    First lien: (Y/N) Y
```

Property Address:
Edgardo N Martinez-Perez
1812 STA ISABEL RPTO EL PILAR
1812 CALLE SANTA ISABEL
San Juan PR 00926

Payoff Statement good through August 20, 2018

        Only certified funds will be accepted for
        payoff shown below on the captioned mortgage.

```
This loan is due for the July 29, 2015 payment.
The current total unpaid Principal Balance is:        $      89,588.43
Total Interest Due   From 06-29-15 through 08-20-18          19,685.90
Suspense Balance                                            -13,000.00
Escrow/Impound Overdraft                                     13,860.71
Recoverable Corporate Advance                                 3,247.54
Unpaid Late Charges                                           1,801.94
Unpaid NSF Charges                                               30.00
Payoff Statement Fee                                             60.00
Legal Docs. Handling                                             10.00
Legal Fees                                                      200.00
Adj/Other Fees                                                   27.04
Add Late Charge                                                  68.22
  * * * * Total amount to pay loan in full * * * * * $      115,579.78

Interest Rate                       6.99000
Int Per Diem (365 days)           17.1567979       22       377.450
Annual Base  (360 days)              521.85        37     19308.450
```

These figures are subject to final verification by the Note holder.
Figures may be adjusted if any check/money order previously received is
rejected by the institution upon which it was drawn. A late charge of
$     68.22 may be assessed 16 days after each due date.

If this property is sold, please provide the seller's forwarding address.

Prepared and Reviewed By:_____ XP041/K05
                       Customer Service Department



ESTADO LIBRE ASOCIADO
CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

**ESTADO DE CUENTA /STATEMENT OF ACCOUNT**

Fecha Impresion: 01/08/2018
Hora Impresion: 10:09:22AM

Fecha de Intereses/Descuento
Int/Disc Date: 01/08/2018

Certificate # 11565200

| Número de Catastro (Pin Number) | Número de Prestamo (Loan Number) | HIP MTG ID | Municipio (Municipality) | | | | |
|---|---|---|---|---|---|---|---|
| 114-019-129-08-000 | 000000500076732 | 004 | 79 | | | | |
| Tipo Notif/ Bill Type | Fecha Notif/ Bill Date | Principal Unpaid Tax | Descuento Discount | Penalidad Penalty | Intereses Interest | Recargos Surcharge | Cantidad Adeudada Amount Due |
| 2019-I  @ | 01/01/2019 | 2,587.61 | -258.76 | 0.00 | 0.00 | 0.00 | 2,328.85 |
| 2019-I | 01/07/2018 | 2,587.62 | -129.38 | 0.00 | 0.00 | 0.00 | 2,458.24 |
| 2016-I | 01/01/2016 | 2,587.61 | 0.00 | 0.00 | 604.72 | 258.76 | 3,451.09 |
| 2016-I | 01/07/2015 | 2,587.62 | 0.00 | 0.00 | 735.17 | 258.76 | 3,581.55 |
| **Grand Total** | | 10,350.46 | -388.14 | 0.00 | 1,339.89 | 517.52 | 11,819.73 |

** Caso en Quiebra **

| Total Adeudado Al CRIM Total Due to CRIM | 11,819.73 |
|---|---|

Esta certificación no sera oficial sin el importe de $2.50 en estampillas emitidas por el CRIM. Es valida para gestiones de cobro.

Esta Certification no incluye deudas por mejoras que estuvieran sin tasar.

Si mediante Investigación realizada posteriormente se comprueba que esta propiedad no reune los requisitos para disfrutar de la Exención y/o Exoneración, se pondran al cobro las Notificaciones Retroactivas para los años correspondientes.

La deuda marcada con @ no esta vencida.

**Direccion Postal / Postal Address**
MARTINEZ PEREZ EDGARDO N

PO BOX 360768
SAN JUAN PR 00936-0768

**Localización de la Propiedad / (Property Location)**

. SANTA ISABEL 1812
. REPTO EL PILAR
SAN JUAN