**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>EDGARDO NICOLAS MARTINEZ PEREZ<br><br>xxx-xx-6279<br><br>Debtor(s) | Case No.: 16-05934 (BKT)<br><br>Chapter 13 |

**TRUSTEE'S POSITION AS TO DEBTOR'S MOTION TO SELL PROPERTY**

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. On August 6, 2018, Debtor filed several "Motion's requesting entry of order for Authorization for Sale of Real Property with Shorter Time to Object". Docket no 129 and no. 130

2. After reviewing said motions and attached documentation, the Trustee does not oppose said request, since the sale of the property is part of the provisions of the proposed plan.(docket no. 98)

4. Once the transaction is completed, Debtors must amend plan, to reflect the final terms of the transaction. As soon as the transaction is completed and the amounts paid to the plan allowed unsecured claims will receive a distribution of 100% plus legal interest.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take note of the Trustee's position and grant debtors

"Motion requesting entry of order for Authorization for Sale of Real Property".

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification TO all CM/ECF participants, including Debtor's attorney and I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at his mailing address of record.

In San Juan, Puerto Rico this 14th day of August, 2018.

**/s/ Juliel Pérez Méndez, Esq.**
**Staff Attorney**

STAFF ATTORNEY
**JOSE R. CARRION**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
Tel (787) 977-3535
Fax (787) 977-3550