IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>EDGARDO NICOLAS MARTINEZ PEREZ<br><br>xx-xx-6279<br><br>Debtor(s) | CASE NO. 16-05934-BKT13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON DEC/04/2018 |

ORDER

The Motion filed by Carmen Luis Seijo Cruz requesting claim be allowed as a late filed claim (docket entry No. 174), the Debtor's Objection to Claim No. 14 filed by Claimant Carmen Luisa Seijo Cruz and the Opposition (docket entries Nos. 176 and 184), are held in abeyance. The liquidation of the community property should be resolved at the state court. The confirmation hearing set for 12/13/2018 at 9:00 A.M. is continued sine die. The Debtor will inform within sixty (60) days the status of state court case. The Clerk to follow up. **Order due by 02/04/2019.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4 day of December, 2018.

Brian K. Tester
United States Bankruptcy Judge