IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>EDGARDO NICOLAS MARTINEZ PEREZ<br><br>Debtor | CASE NO. 16-05934(BKT)<br><br>CHAPTER 13 |

STIPULATION TO MODIFY THE AUTOMATIC STAY IN FAVOR
OF BANCO SANTANDER PUERTO RICO

**TO THE HONORABLE COURT:**

By counsel, secured creditor Banco Santander Puerto Rico (hereinafter "BSPR") and Debtor (hereinafter referred to as "the parties") hereby agree and stipulate as follows:

1. Debtor filed his latest proposed amended Chapter 13 plan at Dk. No. 178.
2. BSPR is a secured creditor with a lien over all of Debtor's accounts receivables. See, Claim #12.
3. Debtor proposes for the Chapter 13 trustee to pay BSPR's secured claim #12 in full at 4.25% interest rate.
4. Debtor provides for secured creditors to retain their liens pursuant to section 8.3 of his latest proposed plan dated November 2, 2018 at Dk. No. 178.
5. However, in order for BSPR to actually retain its lien over Debtor's accounts receivables it must renew its UCC filing at the PR State Department.
6. Debtor hereby agrees and stipulates for this Honorable Court to modify the automatic stay provided in section 362 of the Bankruptcy Code to allow BSPR to renew its UCC filing for the lien over Debtor's accounts receivables to be renewed as many times as necessary with the PR State Department until the Chapter 13 Trustee pays BSPR in full as provided in Debtor's

2

proposed plan dated November 2, 2018, or deem said action authorized pursuant to the exception provided in section 362(b)(3) of the Bankruptcy Code.

### NOTICE

*Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico and serve a copy of the same on the appearing parties and the US Trustee's Office. If no objection or other response is filed within the time allowed herein, the relief sought will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.*

**WHEREFORE**, it is respectfully requested from this Honorable Court to enter an order approving this stipulation with any other redress it may deem just and proper.

**CERTIFICATE OF SERVICE:** This document was filed with the U.S. Bankruptcy Court for the District of Puerto Rico using the CM/ECF filing system, which will send a copy of this motion to all registered parties including: **William Rivera - Vélez, Esq.**, Counsel for Debtor, to the **U.S. Trustee Office and to, José R. Carrión - Morales, Esq., Chapter 13 Trustee**. A copy of this document was also sent by First Class Mail to **Edgardo Nicolás Martínez - Pérez**, Debtor, 11245 NW 46th LN, Doral, FL 33178 and to all creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 23th day of January 2019.

**LUIS M. SUAREZ LOZADA
LAW OFFICES**
Counsel for Banco Santander Puerto Rico
P.O. Box 192333
San Juan, Puerto Rico 00919-2333
Phone:(787)296-4299
e-mail: suarez@caribe.net
/S/Luis M. Suárez Lozada
USDC-PR 209712

3

*[signature]*

**WILLIAM RIVERA VELEZ**
Counsel for Debtor
COSVI Office Complex
Esq. Ave. Americo Miranda 400
Edif. Original, Local B
San Juan, Puerto Rico 00918
Telephone: (787)625-1948
Fax: (787)625-1949
Email: wrvlaw@gmail.com

```
Label Matrix for local noticing        BANCO POPULAR DE PUERTO RICO          BANCO POPULAR PR - SPECIAL LOANS
0104-3                                 COLON SANTANA & ASOCIADOS CSP         PO BOX 362708
Case 16-05934-BKT13                    315 COLL & TOSTE                      SAN JUAN, PR 00936-2708
District of Puerto Rico                SAN JUAN, PR 00918-4026
Old San Juan
Tue Feb  7 04:54:46 AST 2017

BANCO SANTANDER PR                     MUNICIPIO DE SAN JUAN                 ORIENTAL BANK CCU
PO BOX 362589                          PO BOX 70179                          CCU BANKRUPTCY DEPARTMENT
SAN JUAN, PR 00936-2589                SAN JUAN, PR 00936-8179               PO BOX 364745
                                                                             SAN JUAN, PR 00936-4745


US Bankruptcy Court District of P.R.   ASOCIACION DE RESIDENTES DEL PILAR    ASOCIACION RESIDENTES COSTA DORADA
Jose V Toledo Fed Bldg & US Courthouse CALLE TETUAN 257                      PO BOX 485
300 Recinto Sur Street, Room 109       San Juan, PR 00901-1916               Palmer, PR 00721-0485
San Juan, PR 00901-1964


BANCO POPULAR                          BANCO POPULAR                         BANCO POPULAR DE PR, BANKRUPTCY DEPARTMENT
BANKRUPTCY DEPARTMENT                  PO BOX 366818                         PO Box 362708, San Juan PR 00936-2708
PO BOX 366818                          San Juan, PR 00936-6818               (787) 723-0077
San Juan, PR 00936-6818


BANCO POPULAR DE PUERTO RICO           BANCO SANTANDER                       BANK OF AMERICA
BANKRUPTCY DEPARTMENT                  PO BOX 362589                         PO BOX 15019
PO BOX 366818                          San Juan, PR 00936-2589               Wilmington, DE 19886-5019
SAN JUAN PR 00936-6818


Banco Popular de Puerto Rico  Special Loans   Bank of America, N.A.          CRIM
(As Purchaser of Westernbanks Assets)         P O Box 982284                 PO BOX 195387
Migdalia Effie Guasp, Esq.                    El Paso, TX 79998-2284         San Juan, PR 00919-5387
Special Loans Department (749)
PO Box 362708, San Juan, PR 00936-2708


DEPARTMENT OF THE TREASURY             (p)INTERNAL REVENUE SERVICE           ORIENTAL BANK
BANKRUPTCY SECTION 424 B               CENTRALIZED INSOLVENCY OPERATIONS     Centralized Collections Unit
PO BOX 9024140                         PO BOX 7346                           BOX 364745,
San Juan, PR 00902-4140                PHILADELPHIA PA 19101-7346            SAN JUAN, P.R. 00936-4745


Quantum3 Group LLC as agent for        SCOTIABANK                            SYNCHRONY BANK
Absolute Resolutions Corp              G.P.O. BOX 362649                     PO BOX 960061
PO Box 788                             SAN JUAN, PR 00936-2649               Orlando, FL 32896-0061
Kirkland, WA  98083-0788


XEROX                                  EDGARDO NICOLAS MARTINEZ PEREZ        JOSE RAMON CARRION MORALES
45 Glover Avenue                       6510 MAIN STREET 202                  PO BOX 9023884
Norwalk, CT 06850-1238                 MIAMI LAKES, FL 33014-2256            SAN JUAN, PR 00902-3884


JOSUE N TORRES CRESPO                  MONSITA LECAROZ ARRIBAS
RODRIGUEZ & MALDONADO VELEZ            OFFICE OF THE US TRUSTEE (UST)
COSVI OFFICE COMPLEX                   OCHOA BUILDING
ESQ AVE AMERICO MIRANDA                500 TANCA STREET  SUITE 301
400 SUITE 201 VILLA NEVAREZ            SAN JUAN, PR 00901
SAN JUAN, PR 00928
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

**INTERNAL REVENUE SERVICES**
**PO BOX 80110**
**Cincinnati, OH 45280-0110**

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

**(d)MUNICIPIO DE SAN JUAN**　　　　　　　　**End of Label Matrix**
**PO BOX 70179**　　　　　　　　　　　　　　　**Mailable recipients    28**
**San Juan, PR 00936-8179**　　　　　　　　**Bypassed recipients     1**
　　　　　　　　　　　　　　　　　　　　　　　　**Total                  29**