# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

EDGARDO NICOLAS MARTINEZ PEREZ

Case No. 16-05934
Chapter 13

Debtors

## MOTION IN COMPLIANCE WITH ORDER AND MOTION TO INFORM

**TO THE HONORABLE COURT:**

**COMES NOW** Debtor, represented by undersigned counsel, and very respectfully alleges and prays as follows:

1. On May 11, 2020 this Honorable Court ordered the Debtor to inform the status of the liquidation of his conjugal partnership with Ms. Seijo in State Court. *See,* Dk. #212.

2. In compliance with this Honorable Court's Order, the Debtor informs that, due to the COVID-19 pandemic and the government issued lockdown, the Court proceeding was paralyzed. At this time, the State Court has not scheduled a hearing.

3. In the last status hearing, the State Court ordered Ms. Seijo to address the issues pending before the Bankruptcy Court within 30 days. Since, the Debtor has tried in several occasion to discussed this matter with Ms. Seijo's Counsel, to no avail.

4. On July, the Debtor filed a motion to informed Ms. Seijo's non-compliance with the Order issued on February 7, 2020. The Motion is currently pending resolution before the State Court.

5. Accordingly, the Debtor hereby informs and respectfully requests that this Honorable Court take notice of above mentioned.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court be inform by the information proffered herein and deem the Debtor in compliance with this Honorable Court's May 11, 2020 Order.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification, upon information and belief, of such filing to the following: CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE and to all CM/ECF participants.

**RESPECTFULLY SUBMITTED**
In San Juan, Puerto Rico this 14th day of August 2020.

/s/ **William Rivera Vélez**
William Rivera Vélez
USDC No. 229408
P.O. Box 191059
San Juan, PR. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
E-mail: wrvlaw@gmail.com