IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 16-05934-BKT13 |
|---|---|
| EDGARDO NICOLAS MARTINEZ PEREZ | Chapter 13 |
| xx-xx-6279 | |
| Debtor(s) | FILED & ENTERED ON AUG/17/2020 |

ORDER

Debtor's Motion in Compliance with Order (docket #216) is hereby NOTED. Debtor will inform status of state court litigation within sixty (60) days.

Order due by October 16, 2020.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17 day of August, 2020.

Brian K. Tester
United States Bankruptcy Judge