IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>EDGARDO NICOLAS MARTINEZ PEREZ<br><br>xx-xx-6279<br><br>Debtor(s) | CASE NO. 16-05934-MCF13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON DEC/07/2020 |

ORDER TO SHOW CAUSE

The Debtor filed for chapter 13 relief on July 27, 2016. The sixty-month period of the plan will elapse within approximately six months and the Debtor has not been able to confirm any plan. The Debtor is ordered to show cause within 21 days why the case should not be dismissed for failure to file a confirmable plan. Order due by December 28, 2020.

Clerk to follow up.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7 day of December, 2020.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge